AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

FEB 0 9 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 2:24-M-338-01, 02 |
| Mark Anthony Jimenez A.K.A. M-Thang | ) |
| | ) |
| Alleena Nikole Soto | ) |
| | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October 30, 2023_____ in the county of _____Val Verde_____ in the _____Western_____ District of _____Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(o) | Possession of a Machingun; Up to 10 years imprisonment, Up to 3 Years Supervised Release, Up to &250,000 Fine, $100 Mandatory Special Assessment. |

This criminal complaint is based on these facts:

Mark Anthony Jimenez a.k.a. M-Thang and Alleena Nikole Soto were in possession of a Machinegun on October 30, 2023, on a property in Val Verde County, Texas, which is in the Western District of Texas.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Darren Johnson, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____02/09/2024_____

_____
*Judge's signature*

City and state: _____Del Rio, Texas_____

Joseph Cordova, U.S. Magistrate Judge
*Printed name and title*

2:24-M-338-01, 02

# ATTACHMENT A

1.  The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) is investigating Mark Anthony JIMENEZ and Alleena Nikole SOTO for Federal Firearm Violations.

2.  Throughout the course of the investigation, ATF learned that JIMENEZ is on probation with the state of Texas for a firearms violation and has an ankle monitor with a Global Position System (GPS). ATF learned that SOTO is a previously convicted felon and is also on probation with the state of Texas. ATF saw JIMENEZ and SOTO at federally regulated Federal Firearm License (FFL) stores in both Del Rio and Eagle Pass, Texas.

3.  ATF reviewed video surveillance footage for October 30, 2023, at an FFL in Del Rio, Texas (hereinafter FFL #1) and saw JIMENEZ wearing a black Jacket and SOTO wearing a red hoodie sweater at the gun counter. ATF learned that an FFL#1 employee denied selling JIMENEZ ammunition because of ankle monitor.

4.  ATF went to a different FFL (hereinafter FFL #2) and learned that JIMENEZ purchased 9-millimeter "Fiocchi" brand ammunition from FFL #2 on October 30, 2023, in Del Rio, Texas,

5.  On or about November 17, 2023, and November 23, 2023, the Del Rio Police Department (DRPD) received reports of rapid succession (machinegun) fire in the Jap Lowe neighborhood in Del Rio, Texas. DRPD Officers recovered multiple casings of 9-millimeter "Fiocchi" ammunition on the roadway from both incidents.

6.  On or about November 25, 2023, ATF received information from the Drug Enforcement Administration (DEA) that there were pictures of JIMENEZ possessing a pistol with a Machinegun Conversion Device (MCD) also known as a "Glock Switch" on social media application "Facebook."

7.  On December 13, 2023, ATF executed a federal search warrant with Meta Platforms, Inc. for information from JIMENEZ's Facebook account, Facebook User ID: 100081532667548 (Ant Jmz).

8.  On January 18, 2024, ATF received archive data for JIMENEZ Facebook account. ATF analyzed the archive data for JIMENEZ's Facebook account and observed multiple pictures and videos of JIMENEZ possessing pistols with attached MCD "Glock Switches."

9.  ATF observed videos uploaded to Facebook on October 30, 2023, where JIMENEZ and SOTO are both discharging a fully automatic pistol with black in color MCD "Glock Switch" attached (hereinafter MACHINEGUN). ATF noticed that JIMENEZ was wearing a black jacket and SOTO was wearing a red hoodie sweater.

10. On February 2, 2023, ATF spoke to Val Verde County Adult Probation and learned that on October 30, 2023, JIMENEZ's ankle monitor GPS pinged at a private property in the Rancho Del Rio Road subdivision, Val Verde County, Texas, around the same time the videos of JIMENEZ and SOTO discharging the MACHINEGUN were uploaded to Facebook. The private property in the Rancho Del Rio Road subdivision is in the Western District of Texas.

11. On February 8, 2024, ATF executed a federal search warrant at a property in the Rancho Del Rio Road subdivision, in Val Verde County, Texas and recovered multiple 9-millimeter casings of "Fiocchi" brand ammunition. ATF also took pictures of structures and objects that match the approximate locations as seen in the videos of JIMENEZ and SOTO discharging the MACHINEGUN.

12. Also on February 8, 2023, ATF and DEA interviewed JIMENEZ and SOTO at the Val Verde County Sheriff Office (VVSO) in Val Verde County, Texas.

13. After advisement of rights and waiver, JIMENEZ admitted to discharging the MACHINEGUN at the Rancho Del Rio Road property. JIMENEZ admitted to knowing the owners of the Rancho Del Rio Road property. JIMENEZ stated that he discharged the MACHINEGUN on the same day he purchased the 9-millimeter "Fiocchi" ammunition from the FFL in Del Rio, Texas (October 30, 2023).

14. JIMENEZ told agents that SOTO also discharged the MACHINEGUN at the Rancho Del Rio Road property (October 30, 2023). JIMENEZ stated he knows possessing a MACHINEGUN is illegal, and that it is a crime punishable up to ten (10) years imprisonment. JIMENEZ told agents that the MACHINEGUN was purchased by his juvenile cousin and that the MACHINEGUN came from San Antonio, Texas.

15. After advisement of rights and waiver, SOTO admitted to discharging the same MACHINEGUN that JIMENEZ discharged on October 30,2023. SOTO admitted to being a previously convicted felon.

16. Furthermore, ATF identified the MACHINEGUN that JIMENEZ and SOTO discharged at the Rancho Del Rio Road property on October 30, 2023. as a Glock, model 19, 9-millimeter pistol bearing serial number "BTBX931" on the slide and "Made in Austria" on the frame with a black MCD "Glock Switch." ATF was able to identify the MACHINEGUN markings from videos and pictures JIMENEZ uploaded on Facebook. The firearm was manufactured outside the state of Texas and therefore affecting interstate commerce.

17. JIMENEZ and SOTO were both arrested for possessing a machinegun on October 30, 2023, in Val Verde County, Texas, which is in the Western District of Texas.

_____ February 9, 2024
Darren Johnson
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF)


Sworn to before me, and subscribed
in my presence,

_____

Honorable Joseph A. Cordova
United States Magistrate Judge
Western District of Texas